1C



# U.S. District Court for the Northern District Of Illinois

## Appearance Form for Pro Se Litigants

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly.**

1:25-cv-02588
Judge Georgia N Alexakis
Magistrate Judge Keri L. Holleb Hotaling
Random/Cat. 2

Case Title: ____________________

An appearance is hereby filed by the undersigned as a pro se litigant:

Name: Glenn Nelson

FILED
MAR 12 2025 BI
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Street Address: 3s066 Mulberry Lane

City/State/Zip: Glen Ellyn, IL 60137

Phone Number: (847) 915-9663

Glenn Nelson
Signature

MARCH 10, 2025
Executed on (date)

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

☑ I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

glenn.nelson333@yahoo.com

**E-Mail Address (Please PRINT legibly.)**

Rev. 06/23/2016