1C

FILED

MAR 12 2025 GT

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

(full name of plaintiff or petitioner)

vs.

(full name of defendant(s) or respondent(s))

# APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS / FINANCIAL AFFIDAVIT (NON-PRISONER CASE)

Case nı 1:25-cv-02588
Judge Georgia N Alexakis
Magistrate Judge Keri L. Holleb Hotaling
Random/Cat. 2

**Instructions:** Please answer every question. Do ı
If the answer is "0" or "none," say so.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

- [X] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)
- [ ] to request an attorney

1. *Are you employed?*

   [ ] Yes Name and address of employer: ——

   Total amount of monthly take-home pay: ——

   [X] No Date(s) of last employment: 11/2020 Last monthly take-home pay: ____

2. *If married, is your spouse employed?* [X] Not married

   [ ] Yes Name and address of spouse's employer: ——

   Total amount of spouse's monthly take-home pay: ——

   [ ] No Date(s) of spouse's last employment: Spouse's last monthly take-home pay:

3. *Other sources of income / money:* For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

| | *(list the 12-month total for each)* |
|---|---|
| Self-employment, business, or profession: | $ Ø |
| Income from interest or dividends: | $ Ø |
| Income from rent payments: | $ Ø |
| Pensions, annuities, or life insurance: | $ Ø |
| Disability or worker's compensation: | $ Ø |
| Gifts (including deposits into any accounts in your name): | $ Ø |
| Unemployment, public assistance, or welfare: | $ Ø |
| Settlements or judgments (include any that are expected): | $ Ø |
| **Any other source of money:** Retirement withdrawals | $ 34,240 |



Rev. 2/2020

4. *Cash and bank accounts:* Do you and/or your spouse have any money in cash or in a checking or savings account? ☒ Yes ☐ No If yes, how much? $1000.00

5. *Other assets:* Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☒ Yes ☐ No

If yes, list each item of property and state its approximate value:
Retirement $900K

6. *Dependents:* Is anyone dependent on you and/or your spouse for support? ☐ Yes ☒ No

If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

7. *Debts and financial obligations:* List any amounts you owe to others:
$2700/mo. living expenses ($32,400/year)

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney:*
Unemployed since 11/2020.

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 3/12/2025

[signature]
*Applicant's signature*

Glenn Nelson
*Printed name*

# APPLICATION FOR WAIVER OF COURT FEES (CIVIL)

IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY** COOK
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE** GLENN E. NELSON
*Who Started the Case* — *First, Middle, and Last Name or Business Name*

**DEFENDANT/RESPONDENT** CITY OF CHICAGO
*Who the Case Was Filed Against* — *First, Middle, and Last Name or Business Name*

**Case Number** ______
*(Clerk fills in)*

Use this form to ask the judge to **waive your court fees, costs, and charges in a civil court case**. If your case is a criminal case, use the *Application for Waiver of Criminal Court Assessments* form.

If you are completing this form on behalf of a minor or an incompetent adult, provide that person's information on this form instead of your own information.

## 1. BASIC INFORMATION

A. I am completing this form *(check one)*:

☒ For myself ☐ On behalf of a minor or incompetent adult *(Use the minor or incompetent adult's information on this form)*

B. Your Name *(applicant)*: GLENN (*First*) E (*Middle*) NELSON (*Last Name*)

C. Address: 3s066 Mulberry Ln (*Street, Apt. #*) Glen Ellyn (*City*) IL (*State*) 60137 (*Zip Code*)

D. I cannot afford to pay the court fees, costs, and charges in this case.

## 2. HOUSEHOLD INFORMATION

*List the number of people who live with you whom you support. Support means the people rely on you financially. If on behalf of a minor or an incompetent adult, use their information.*

A. I support 1 (*# of Adults*) adults (not counting myself) who live with me.

B. I support 0 (*# of Children Under 18*) children under 18 who live with me. (but still support for medical insurance)

## 3. PUBLIC BENEFITS

*Check all the benefits that you currently receive. Be prepared to provide proof that you currently receive at least 1 of the checked benefits if asked.*

I currently receive the following public benefits *(check all that apply)*:

- ☐ SSI (Supplemental Security Income, not Social Security)
- ☐ SNAP (Supplemental Nutrition Assistance Program/ Food Stamps)
- ☐ AABD (Aid to the Aged, Blind and Disabled)
- ☐ TANF (Temporary Assistance for Needy Families)
- ☐ General Assistance Program (GA), Transitional Assistance, or State Children and Family Assistance

**STOP:** Read this note to see **what to complete next.**

- ☐ I checked one of the public benefit boxes in section 3.
  - ▶ Skip section 4 and section 5. Go to section 6 on page 4. You qualify for a full fee waiver (735 ILCS 5/5-105(a)(2)(i), (b)(1)).

– OR –

- ☒ I did **not** check any of the public benefit boxes in section 3.
  - ▶ **Complete section 4 and section 5**, including both columns.

## 4. FINANCIAL INFORMATION

*Do not fill out this section if you checked any boxes in section 3. Skip to section 6.*

*If you did **not** check any boxes in section 3, fill out information below for **both** the past month and the past 12 months. Be prepared to provide proof of your income, the value of your belongings (including real estate), and your expenses if asked.*

A. I have a **pending application for 1 or more of the benefits** listed in section 3:

☐ Yes ☒ No

B. I received the following income (money) in the **past month**. List the gross (before taxes) amount *(check all that apply)*:

**MONTHLY INCOME:**

| Type | Total received in the past month |
|---|---|
| ☒ No income | |
| ☐ My employment | $ Ø |
| ☐ Social Security (not SSI) | $ Ø |
| ☐ Child Support | $ Ø |
| ☐ Unemployment | $ Ø |
| ☐ Pension | $ Ø |
| ☐ Money from other household members | $ Ø |

☐ Other income, including any money received from family and friends that is not listed above *(list type and amount)*

| | |
|---|---|
| retirement withdrawals | $ 2,853 —/month |
| ___________ | $ ______ |
| ___________ | $ ______ |
| **Total of all money received in the past month** | **$** 2,853 —/month |

C. I received the following income (money) in the past **12 months**. List the gross (before taxes) amount *(check all that apply)*:

**YEARLY INCOME:**

| Type | Total received in the past 12 months |
|---|---|
| ☒ No income | |
| ☐ My employment | $ Ø |
| ☐ Social Security (not SSI) | $ Ø |
| ☐ Child Support | $ Ø |
| ☐ Unemployment | $ Ø |
| ☐ Pension | $ Ø |
| ☐ Money from other household members | $ Ø |

☐ Other income, including any money received from family and friends that is not listed above *(list type and amount)*

| | |
|---|---|
| retirement withdrawals | $ 34,240 —/year |
| ___________ | $ ______ |
| ___________ | $ ______ |
| **Total of all money received in the past 12 months** | **$** 34,240 /year |

D. I have the following **monthly expenses** *(check all that apply. If you share expenses with someone, list only the amount you pay)*:

**MONTHLY EXPENSES:**

| Type of expense | Amount per month |
|---|---|
| ☐ Rent | $ |
| ☐ Home mortgage | $ |
| ☐ Other mortgage | $ |
| ☒ Utilities | $ 200 |
| ☒ Food | $ 400 |
| ☒ Medical | $ 1400 |
| ☒ Vehicle, including any loans | $ 200 |
| ☐ Childcare | $ |
| ☐ Child support | $ |
| ☒ Other monthly expenses not listed above *(list type and amount)* | |
| Rent (unevable) | $ 500 |
| | $ |
| | $ |
| **Total of all expenses in the past month** | $ 2700/mo + misc. |

☐ None of the above

E. I own the following **items and their value is** *(check all that apply)*:

**ITEMS OF VALUE:**

| Item | Total value |
|---|---|
| ☒ Bank accounts and cash | $ 1000 |
| ☐ Home<br>The total I owe on my home mortgage is $ | $ |
| ☐ Other real estate (not including the house I live in) | $ |
| ☒ 1st vehicle worth | $ 2000 |
| Is the 1st vehicle paid off? | ☒ Yes ☐ No |
| ☐ 2nd vehicle worth | $ |
| Is the 2nd vehicle paid off? | ☐ Yes ☐ No |
| ☐ Other *(list items and value)* | |
| | $ |
| | $ |
| | $ |

☐ None of the above

## 5. HARDSHIP INFORMATION *(Optional)*

*If there is additional information you think the judge should know about why you cannot afford to pay the court fees, include that information here.*

It would be a substantial hardship for me or my family if I have to pay the fees, costs, and charges because:

Unemployed for the last 4.25 years.

## 6. IF QUESTIONS ABOUT APPLICATION

If the judge has questions about my *Application* and I have to attend court, I want:

☐ A remote court date (video or telephone)

☒ An in-person court date (I'm here)

**SIGN:**

Under 735 ILCS 5/1-109, your signature means that you:

1) certify that everything in this document is true and correct, and 2) understand that making a false statement on this form is perjury and has penalties provided by law.

If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.

Your Signature /s/ Glenn Nelson Print Your Name Glenn Nelson

Your Address 3s066 Mulberry Ln (Street, Apt. #) Glen Ellyn (City) IL (State) 60137 (Zip Code)

Your Phone Number 847-915-9663 Attorney Number (if any) N/A

Your Email glenn.nelson333@yahoo.com

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

### NEXT STEP:

File this form at the Circuit Court Clerk's office. You can file this form at any point during your case. More information on how to do that can be found here: ilcourts.info/forms.

### THEN:

You should only have to go to court for a hearing on your *Application* if the judge needs more information from you (735 ILCS 5/5-105 and 5/5-105.5; Illinois Supreme Court Rule 298). The judge will notify you if you need to go to court or give more information. This may include documents showing your income, value of belongings (including real estate) and expenses.

Learn more about each step in the process by reading through our Instructions document: ilcourts.info/fee-waiver-instructions.

# ORDER ON APPLICATION FOR WAIVER OF COURT FEES (CIVIL)

IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY** COOK
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE** GLENN E. NELSON
*Who Started the Case* — *First, Middle, and Last Name or Business Name*

**DEFENDANT/RESPONDENT** CITY OF CHICAGO
*Who the Case Was Filed Against* — *First, Middle, and Last Name or Business Name*

**Case Number**
*(Clerk fills in)*

**Your Name** (applicant): GLENN (*First*) E. (*Middle*) NELSON (*Last Name*)

**STOP. DO NOT check any boxes or fill in any more blanks on this form.** The judge will complete the rest of the form.

The Court has reviewed the *Application for Waiver of Court Fees* and orders *(check 1, 2, 3, or 4)*:

## ☐ 1. GRANTED – FULL WAIVER

The *Application for Waiver of Court Fees* is **granted**, effective on the date the *Application* was first filed. The applicant qualifies for a **full (100%) waiver** and may participate in this case without payment of fees, costs, or charges, because *(check A, B, or C)*:

☐ **A.** The applicant receives **means-based public benefits** under one or more of the following programs:

- SSI (Supplemental Security Income, not Social Security)
- AABD (Aid to the Aged, Blind and Disabled)
- TANF (Temporary Assistance to Needy Families)
- SNAP (Food Stamps)
- General Assistance (GA), Transitional Assistance, or State Children and Family Assistance

**– OR –**

☐ **B.** The applicant's personal income is **125% or less of the current poverty level** as established by the U.S. Dept. of Health & Human Services and the applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges.

**– OR –**

☐ **C.** Payments of fees, costs, and charges would cause **substantial hardship** for the applicant or their family.

## ☐ 2. GRANTED – PARTIAL WAIVER

The *Application for Waiver of Court Fees* is granted, effective on the date the *Application* was first filed. The court finds *(check one)*:

☐ **75%** of all fees, costs, and charges are waived. The applicant **must pay 25%** of all fees, costs, and charges because the applicant's available income is more than 125% but not greater than 150% of the current poverty level.

☐ **50%** of all fees, costs, and charges are waived. The applicant **must pay 50%** of all fees, costs, and charges because the applicant's available income is more than 150% but not greater than 175% (50% waiver);

☐ **25%** of all fees, costs, and charges are waived. The applicant **must pay 75%** of all fees, costs, and charges because the applicant's available income is more than 175% but not greater than 200% (25% waiver);

**Income findings are based on the current poverty level** as established by the U.S. Dept. of Health & Human Services, and the applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges.

**Payment** *(check one)*:

☐ The applicant must pay the fees, costs, and charges currently due by: ______________
*Month, Day, Year*

☐ Upon good cause shown, the applicant may make payments as follows *(describe deferral, installment plan, or other reasonable terms)*:

______________________________________________

______________________________________________

## ☐ 3. CONTINUED – APPLICATION IS INCOMPLETE OR FACTUAL ISSUE

*If the court determines that relevant sections of the Application are incomplete or there is a factual issue regarding the applicant's entitlement to a waiver, the applicant must be notified of the deficiencies and given the opportunity to amend the Application and/or be given a remote hearing in accordance with Supreme Court Rule 45, unless the applicant requests an in-person hearing or will already be present in the courthouse on the date of the hearing.*

Relevant sections of the *Application* are incomplete or there is a factual issue about the applicant's eligibility for a fee waiver on the face of the *Application*.

The specific eligibility questions are:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

The applicant must *(check all that apply)*:

☐ **A. File an updated (amended) *Application*** that includes the missing information listed above.

☐ **B. Attend a court date.**

*If a hearing is set, it must be set within* ***30 days*** *of the date the Application was filed (735ILCS 5/5-105; Illinois Supreme Court Rule 298).*

The *Application for Waiver of Court Fees* is **scheduled for court** on *(check all that apply)*:

Date: ______________ (*Month, Day, Year*) Time: ______________ (*Include AM or PM*)

☐ **Remotely** (video or telephone option)

By video conference at: ______________________________ (*Video conference website*)

______________________________ (*Video conference log-in information, meeting ID, password, etc.*)

By telephone at: ______________________________ (*Call-in number for telephone remote appearance*)

☐ **In person** at: ______________________________ (*Courtroom Address*) (*Courtroom Number*)

*If remote and in-person options are both checked, you may choose either option.*

☐ **C. Provide documents.** These documents will **not** be included in the public court file.

☐ Provide documents at the hearing.

☐ Submit documents before the hearing. Instructions about when and how to submit:

______________________________

Required documents are:

s ______________________________

s ______________________________

☐ **4. DENIED - DOES NOT QUALIFY**

The *Application for Waiver of Court Fees* is **denied**. The applicant does not qualify for a fee waiver because *(must state specific reason)*:

______________________________

______________________________

The applicant must pay all the fees, costs, and charges currently due by:

______________ (*Month Day, Year*)

**If *Application* was granted, this order expires one year from the date of this order.** The applicant may reapply before or after the expiration date. Fees, costs, and charges included in this waiver are: filing, service of process, publication, mediation, guardian ad litem, and all other fees listed in 735 ILCS 5/5-105(a)(2)(1).

**ENTERED:**

Judge: ______________________ Date: ______________ (*Month, Day, Year*)