**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

1:25-cv-02588
Judge Georgia N Alexakis
Magistrate Judge Keri L. Holleb Hotaling
Random/Cat. 2

FILED
MAR 12 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GLENN E NELSON )
**PLAINTIFF,** )
v. )
)
CITY OF CHICAGO, a municipal corporation; )
CLERK of the City of Chicago, Anna M. Valencia; )
MAYOR of the City of Chicago, Brandon Johnson; )
City of Chicago DEPARTMENT OF FINANCE )
**DEFENDANT.** )

## NOTICE OF MOTION

**TO: City of Chicago Mayor's Office**
**121 N. LaSalle Street**
**Chicago City Hall 4th Floor**
**Chicago, IL 60602**

**City of Chicago Department of Finance**
**121 N. LaSalle Street**
**Chicago City Hall 7th Floor**
**Chicago, IL 60602**

**City of Chicago Clerk's Office**
**121 N. LaSalle Street**
**Chicago City Hall, Room 107**
**Chicago, IL 60602**

**City of Chicago Law Department**
**2 N. LaSalle Street, Suite 700**
**Chicago, IL 60602**
**Attn: Corporation Counsel**

**PLEASE TAKE NOTICE** that, on ________________________, I will appear before the Honorable Presiding Judge, or any Judge sitting in his stead, in Courtroom ____________________ of ________________________________ located at ________________________________ and there and then present Plaintiff's **MOTION FOR INJUNCTIVE OR DECLARATORY RELIEF**, a copy of which is attached hereto and served upon you.

Glenn Nelson
Glenn Nelson (Pro-se)
3S066 Mulberry Lane
Glen Ellyn, IL 60137
Cellphone: (847)915-9663
Email: glenn.nelson333@yahoo.com

## CERTIFICATE OF SERVICE

I certify, pursuant to the penalties provided for in 735 ILCS 5/1-109, I caused the forgoing documents to be served upon the individual(s) indicated above in-person and/or by delivering the same to a third-party courier and/or U.S. mail located at ________________________________ on or before 5:00pm on ____________ with proper postage prepaid.

Glenn Nelson
Glenn Nelson (Pro-se)