**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Glenn E Nelson

Plaintiff,

v.

Case No.: 1:25−cv−02588
Honorable Georgia N Alexakis

City of Chicago, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2025:

MINUTE entry before the Honorable Georgia N Alexakis: Plaintiff's complaint [1] was dismissed without prejudice for failing to state a claim upon which relief can be granted. [9]. Plaintiff was informed that he had until 5/1/2025 to amend his complaint, or else that dismissal would be converted to one with prejudice and this case would be closed. That deadline has passed. Plaintiff's complaint is now dismissed with prejudice. Civil case terminated(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.